# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY W. FULLER, | 1:10-cv-01929-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | (Doc. 1) |
| | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

**I.  FINDINGS**

Plaintiff Bobby W. Fuller, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 15, 2010. On November 18, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). Plaintiff filed a motion for summary judgment on November 30, 2011; however, Plaintiff has not complied with the Court's order to file an amended complaint. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

**II.  CONCLUSION AND RECOMMENDATIONS**

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), it is HEREBY RECOMMENDED that this action be dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.

1   These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **January 6, 2012**                              /s/ **Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE